# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 15-00036-CJC |
| Date | September 29, 2020 |

**Present: The Honorable** CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

**Interpreter** None

| Cheryl Wynn | None | Gregory Staples - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | SR | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Bobby Hamby, *pro se* | Not | X | | Amy Karlin, DFPD | Not | X | |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE ON BOBBY HAMBY'S *pro se* MOTION TO TERMINATE SUPERVISED RELEASE TERM PER 18 U.S.C. § 3583(e)(1) (DKT. 41)**

     The Court, having received Defendant *pro se's* Motion to Terminate Supervised Release Term Per 18 U.S.C. § 3583(e)(1) filed on **September 21, 2020**, hereby ORDERS counsel for the Government, and the U.S. Probation & Pretrial Services Officer, to each file their responses to the motion by no later than **October 13, 2020.** Thereafter, the motion will stand submitted absent further order of the Court.

                                                                             - : -

Initials of Deputy Clerk    cw

Cc: USP&PSO