NICOLA T. HANNA
United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
GREGORY W. STAPLES (Cal. Bar No. 155505)
Assistant United States Attorney
     United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-3535
     Facsimile: (714) 338-3523
     E-mail:   greg.staples@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>BOBBY HAMBY,<br><br>        Defendant. | No. SA CR 15-36-CJC<br><br>GOVERNMENT'S NON-OPPOSITION TO DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>No hearing requested |

     Defendant Bobby Hamby moves to terminate his supervised release. He has served 18 months of his 36-month term of supervision. Defendant is gainfully employed and has been in compliance with the terms of his release.  The government does not believe defendant is likely to reoffend given his conduct on the first 18 months of his release.  The Probation Office informed government counsel that it does not oppose early termination.  Accordingly, the government does not oppose his request to terminate his supervision.

Date: October 2, 2020                 /s/
                                  GREGORY W. STAPLES
                                  Assistant U.S. Attorney