✎PROB 35  
(Rev. 5/01)

**Report and Order Terminating Supervised Release  
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Central District of California



FILED  
CLERK, U.S. DISTRICT COURT  
10/7/2020  
CENTRAL DISTRICT OF CALIFORNIA  
BY: ___CW___ DEPUTY

UNITED STATES OF AMERICA

       v.                               Docket No.    8:15-CR-00036-CJC-1

Bobby Hamby

     On June 13, 2016, Bobby Hamby was ordered to serve a term of supervised release for a period of 36 months.   The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.   It is accordingly recommended that the supervised releasee be discharged from supervision.

                                        Respectfully submitted,

                                          /S/ LILLIAN SMITH  
                                          U. S. Probation & Pretrial Services Officer

ORDER OF COURT

     Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   7th   Day of   October  , 20 20 .

                                          United States District Judge  
                                          HON. CORMAC J. CARNEY